NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CECIL WARD,                              )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-536
                                        )
JAMILA GIBBS,                           )
                                        )
          Appellee.                     )
                                        )
_____  )

Opinion filed March 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Anne-Leigh Gaylord
Moe, Judge.

Henry G. Gyden of Gyden Law Group, P.A.,
Tampa, for Appellant.

No appearance for Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.